TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ARMAND ROTH
Special Assistant United States Attorney
California State Bar No. [Bar 214624
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    Email: armand.roth@ssa.gov

Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY JONES,<br><br>                Plaintiff,<br><br>        vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>                Defendant. | Case No.: 5:20-cv-02026-SK<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for issuance of a fully favorable decision consistent with the terms of the Stipulation to Remand.


DATED: June 25, 2021

THE HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE